No. 1444. Rock Island & Peoria Ry. Co. v. Reed. In this suit appellee recovered a judgment in the Stark Circuit Court against the appellant corporation for $160, the value of a horse of his, claimed to have been killed on the track of the railway by the engine and cars running thereon. The road is constructed through the farm of appellee, and his corn or stockfield was located on the west side of it, and the negligence imputed to appellant was its failure to erect and maintain on the side of its road adjoining such field a fence suitable and sufficient to prevent stock from getting on the railroad. The jury were fully and fairly instructed, and the court is unable to say their verdict was wrong. Judgment affirmed. Opinion by BAKER, J. Judge below, F. M. SHAW. Attorneys, for appellant, Mr. T. E. NEILCHRIST; for appellee, Mr. C. K. LADD. Opinion filed April 5, 1886.

No. 1439. C., B. & Q. R. R. Co. v. Blake. The appellee sued appellant to recover the value of three horses that were killed and one injured by the locomotive of the appellant striking them on the railroad track of the appellant on the farm of appellee, about the first day of March, 1881. The occasion of the horses getting on the track was, as is charged, the failure of appellant to maintain a fence on each side of its railroad track, as required by law. Verdict for appellee. After a careful examination of the evidence the court finds no valid objection to the verdict of the jury or the giving or refusing instructions on the part of the court, and affirms the judgment. Opinion by LACEY, P. J. Judge below, HIRAM G. GILBERT. Attorneys, for appellant, Messrs. RICHOLSON & GENTLEMAN and Mr. O. F. PRICE; for appellee, Messrs. DUNCAN & O'CONNOR. Opinion filed April 5, 1886.